```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

         - against -                                    ORDER

DOODNATH RAMNATH,                                       03-CR-137 (NGG)

                Defendant.
-------------------------------------------------------------X
```

NICHOLAS G. GARAUFIS, United States District Judge.

On February 7, 2008, the court ordered the government to show cause why the court should not, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10, file on March 3, 2008 an amended judgment reducing the defendant's term of imprisonment to time served. The government opposes the modification on the ground that the defendant's Guideline ranges do not change under the Amendments to the U.S. Sentencing Guidelines dealing with crack cocaine sentencing. (Letter to the court from the government dated March 14, 2008.)

Counsel for Ramnath, Michael Hurwitz, has not yet responded to the government's submission. The court finds that it would not serve the interests of justice to deprive Ramnath of the opportunity to make an argument before the court on the defendant's sentencing. Accordingly, a hearing on the § 3582(c) application shall be held on April 4, 2008 at 11:30 a.m. The government shall take the steps necessary to produce Ramnath in court that day and to make him available for consultation with counsel in the MDC on or before April 2, 2008. Mr.

Hurwitz, counsel for the defendant, is invited to file a submission in support of Ramnath's application no later than April 2, 2008.

SO ORDERED.

Dated: March 21, 2008
   Brooklyn, New York

                /s Nicholas G. Garaufis
               NICHOLAS G. GARAUFIS
               United States District Judge